

Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

March 13, 2014

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Marcos Garrido v. TACA and Avianca, Inc.
13 CV 08279 (AT)(RLE)
C and F Ref: 8656

Dear Magistrate Judge Ellis:

As per Your Honor's direction, the parties jointly submit this letter to the Court advising of the status of the above matter.

We understand that the plaintiff is out of country and has been for some time. Mr. Tolchin expects his client to return the United States in a week or two. We have received some but not all medical records from plaintiff's treating physician here in New York. No medical records have been received from health care providers in El Salvador.

Defendant has made a settlement offer in the matter to Mr. Tolchin but has received no response in as much as the plaintiff is out of the country.

The parties expect to be able to forward with discovery in this case once plaintiff returns from Peru.

Respectfully yours,

CONDON & FORSYTH LLP

By _____
Michael J. Holland
Attorneys for Defendants

JAROSLAWICZ & JAROS LLC

By _____  MJH
David Tolchin
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007